PHILLIP A. TALBERT
United States Attorney
DAVID E. THIESS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2825
Facsimile: (916) 554-2900
David.thiess@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MARLIN BRANDYS,<br><br>Plaintiffs,<br><br>v.<br><br>NCS TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 2:22-CV-1220 JDP<br><br>[PROPOSED] ORDER RE: THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION |

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS HEREBY ORDERED that,

1. The relator's complaint, the Summons, the Notice of Election to Decline Intervention, and this Order be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants;

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions (including supporting memoranda), orders

and notices of appeal filed in this action upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, upon a proper showing, at any time; and

     5. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval, in accordance with 31 U.S.C. § 3730(b)(1).

IT IS SO ORDERED.

Dated:    October 30, 2024                                                     
                                                       JEREMY D. PETERSON
                                                       UNITED STATES MAGISTRATE JUDGE