Patrick S. Almonrode
  *admitted pro hac vice*
**BROWN, LLC**
111 Town Square Place
Suite 400
Jersey City, NJ 07310
877-561-0000
patalmonrode@jtblawgroup.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America *ex rel.* Marlin Brandys, and Marlin Brandys, individually<br><br>Plaintiffs,<br><br>v.<br><br>NCS Technologies, Inc.,<br><br>Defendant. | Case No. 2:22-cv-1220 (JDP)<br>Declaration re Delivery of Notice of Lawsuit and Request for Waiver of Service |

### DECLARATION OF PATRICK S. ALMONRODE, ESQ.

I, Patrick S. Almonrode, Esq., declare as follows under penalty of perjury:

1. I am a member of the law firm Brown, LLC, and am the lead attorney for our firm on this matter, in which we represent the Relator.

2. I caused the delivery, on January 29, 2025, of a packet containing a copy of the Complaint in this matter, a Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the corresponding waiver form, the Government's Notice of Election to Decline Intervention (Dkt. # 22), the Court's Order dated October 30, 2024 (Dkt. # 23), and a postage-paid self-addressed envelope, by sending said packet via Federal Express package service to Defendant's place of business at 9601 Discovery Blvd., Manassas, VA, 20109.

3. I have attached as Exhibit A hereto the proof-of-delivery I received from Federal Express.

Dated: February 10, 2025

_____
Patrick S. Almonrode
**Brown, LLC**
111 Town Square Place
Suite 400
Jersey City, NJ 07310
877-561-0000
*patalmonrode@jtblawgroup.com*

# EXHIBIT A

Dear Customer,

The following is the proof-of-delivery for tracking number: 771730314330

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | A.CROW | **Delivery Location:** | 9301 DISCOVERY BLVD |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday | | Manassas, VA, 20109 |
| | | **Delivery date:** | Jan 29, 2025 10:05 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 771730314330 | **Ship Date:** | Jan 28, 2025 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Attn: An V. Nguyen, NCS Technologies, Inc.
9601 Discovery Blvd.
Attn: An V. Nguyen
Manassas, VA, US, 20109

**Shipper:**
Jason T. Brown, Brown, LLC
111 Town Square Place
Suite 400
JERSEY CITY, NJ, US, 07310



Thank you for choosing FedEx